United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                            Case No. 2:25-mj-638

Hector Velandia-Anaya

## COURTROOM MINUTES
### Detention Hearing

|  | U.S. Magistrate Judge Kimberly A. Jolson | Date: | November 18, 2025 @ 1:30 pm |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Emily Czerniejewski |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Soma Dutta |
| **Interpreter** | Gabe Kirk | **Pretrial/Probation** | Tiara Turner |
| **Log In** | 1:30 pm | **Log Out** | 2:03 pm |

Interpreter sworn in.

Government Exhibit 1 (video) admitted.

Government argues for detention.

Defendant argues for release.

Order setting conditions of release issued.

Government's request to stay release is DENIED.