# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:25-CR-186** |
| Plaintiff, | **CHIEF JUDGE SARAH D. MORRISON** |
| vs. | |
| **HECTOR VELANDIA-ANAYA,** | |
| Defendant. | |

## GOVERNMENT'S MOTION TO STAY ORDER OF PRE-TRIAL RELEASE

The United States respectfully moves the Court to enter a stay of the pre-trial release order in this case until the Court has ruled on the Government's forthcoming motion to revoke that order under 18 U.S.C. § 3145(a)(1). *United States v. Thomas*, No. 2:23-CR-071, 2023 WL 3956225, at *1 (S.D. Ohio June 12, 2023) (granting a stay of pre-trial release order until district court "resolves the Government's request"). The Government anticipates filing its motion to revoke later today and is prepared to proceed with a hearing, if necessary, at the Court's earliest convenience.

Respectfully submitted,

DOMINICK S. GERACE, II
United States Attorney

s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI
(IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572
Emily.Czerniejewski@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Stay Order of Pre-Trial Release was served this 19th day of November 2025, electronically on all counsel of record.

s/*Emily Czerniejewski*
 EMILY CZERNIEJEWSKI
(IL 6308829)
Assistant United States Attorney