# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**HECTOR VELANDIA-ANAYA,**<br><br>Defendant. | CASE NO. 2:25-CR-186<br><br>JUDGE Morrison<br><br><u>INDICTMENT</u><br><br>18 U.S.C. §§ 111(a)(1) and (b) |

**THE GRAND JURY CHARGES:**

## <u>COUNT ONE</u>
### (Assaulting, Resisting, or Impeding a Federal Officer)

On or about the November 2, 2025, in the Southern District of Ohio, the defendant, **HECTOR VELANDIA-ANAYA**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: C.H., a federal officer working in his assigned capacity with U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), while C.H. was engaged in the performance of his official duties and on account of the performance of official duties, with a dangerous or deadly weapon.

**In violation of 18 U.S.C. §§ 111(a)(1) and (b).**

## <u>COUNT TWO</u>
### (Assaulting, Resisting, or Impeding a Federal Officer)

On or about the November 2, 2025, in the Southern District of Ohio, the defendant, **HECTOR VELANDIA-ANAYA**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: H.R., a federal officer working in his assigned capacity with U.S. Immigration and Customs Enforcement (ICE)

Enforcement and Removal Operations (ERO), while H.R. was engaged in the performance of his official duties and on account of the performance of official duties, with a dangerous or deadly weapon.

**In violation of 18 U.S.C. §§ 111(a)(1) and (b).**

**A TRUE BILL.**

_s/Foreperson_
**FOREPERSON**

**DOMINICK S. GERACE**
**United States Attorney**

**EMILY CZERNIEJEWSKI (IL 6308829)**
**Assistant United States Attorney**