IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE No. 2:25-CR-186 |
| vs. | : | CHIEF JUDGE MORRISON |
| HECTOR VELANDIA-ANAYA | : | |
| DEFENDANT. | : | |

**UNOPPOSED MOTION FOR RETURN OF PASSPORT**

Hector Velandia-Anaya, through undersigned counsel, moves for an Order directing the Clerk's Office to return his passport to counsel. Mr. Velandia-Anaya relinquished his passport as part of his pretrial release conditions. As it were, after briefly being released to the community, Mr. Velandia-Anaya was subsequently detained by immigration authorities and recently ordered removed from the United States. Accordingly, it is expected that he will be removed from the United States to Mexico imminently[1]. If the passport were released, counsel would personally transfer the passport to the Enforcement and Removal Operations branch of the ICE office located in Westerville. Release of the passport not only allows ICE to more easily facilitate the removal, but allows Mr. Velandia-Anaya to have identification once he reaches his destination country.

Undersigned counsel understands that the passport is being held by the Clerk's Office. The defense therefore requests an Order directing the Clerk's Office to release Mr. Velandia-Anaya's passport at this time. A proposed Order is attached to this motion.

---

[1] It is understood that Mr. Velandia-Anaya is a citizen of Venezuela and thus has a Venezuelan passport. Nevertheless, counsel for both Mr. Velandia-Anaya and the Government have both confirmed the order deporting him to Mexico.

DATED this 29th day of December, 2025.

          Respectfully submitted,

          JOSEPH MEDICI
          FEDERAL PUBLIC DEFENDER

          /s/ Soumyajit Dutta
          Soumyajit Dutta
          Office of the Federal Public Defender
          10 West Broad Street, Suite 1300
          Columbus, Ohio 43215-3469
          Telephone: (614) 469-2999
          Facsimile: (614) 469-5999
          Soumyajit_Dutta@fd.org
          *Attorney for Defendant*
          *Hector Velandia-Anaya*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically served upon all parties of record.

          /s/ Soumyajit Dutta
          Soumyajit Dutta (OH 76762)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE No. 2:25-CR-186 |
| vs. | : | CHIEF JUDGE MORRISON |
| HECTOR VELANDIA-ANAYA, | : | |
| DEFENDANT. | : | |

## ORDER

On December 29, 2025, Defendant Hector Velandia-Anaya, moved for the release of his passport. The Court understands that the Government does not object to the release of Mr. Velandia-Anaya's passport at this time.

Accordingly, the Court Orders that the Clerk's Office shall return Hector Velandia-Anaya's passport forthwith.

---

**CHIEF JUDGE SARAH D. MORRISON**
**UNITED STATES DISTRICT COURT**