IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE No. 2:25-CR-186 |
| vs. | : | CHIEF JUDGE MORRISON |
| HECTOR VELANDIA-ANAYA, | : | |
| DEFENDANT. | : | |

## ORDER

On December 29, 2025, Defendant Hector Velandia-Anaya, moved for the release of his passport. The Court understands that the Government does not object to the release of Mr. Velandia-Anaya's passport at this time.

Accordingly, the Court Orders that the Clerk's Office shall return Hector Velandia-Anaya's passport forthwith.

_____

**CHIEF JUDGE SARAH D. MORRISON**
**UNITED STATES DISTRICT COURT**