UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:25-CR-186 |
| | CHIEF JUDGE MORRISON |
| v. | |
| HECTOR VELANDIA-ANAYA | |
| Defendant. | |

## JOINT MOTION TO CONTINUE TRIAL

The Defendant, Hector Velandia-Anaya, by and through undersigned counsel, and counsel for the United States hereby jointly request a continuance of the trial date currently set for February 2, 2026. Mr. Velandia-Anaya asks that this matter be continued for sixty days.

As the Court is aware, Mr. Velandia-Anaya was charged and ultimately indicted on three counts of Assaulting, Resisting, or Impeding a Federal Officer per 18 U.S.C. §§111(a)(1) and (b). After briefly being released to the community on bond, Mr. Velandia-Anaya was subsequently detained by immigration authorities and recently ordered removed from the United States.  Accordingly, it is expected that he will be removed from the United States to Mexico imminently.[1] It should be noted that neither Mr. Velandia-Anaya nor the Government are seeking to stop or otherwise delay this process.

---

[1] This Court has already ordered Mr. Velandia-Anaya's passport released to

Given the circumstances and the postures of the parties, a joint continuance is sought to allow the removal process to proceed without complication. Once that process is completed, the parties will revisit an ultimate resolution on the matter.

Given these factors and others, Mr. Velandia-Anaya and the Government aver that a continuance is warranted under 18 U.S.C. §3161(h)(7)(A) for the reasons set forth in §3161(h)(7)(B)(i) and (iv). Mr. Velandia-Anaya, who has been advised of this motion, hereby waives his right to a fast and speedy trial by the filing of this motion. Mr. Velandia-Anaya acknowledges that any period of time resulting from a continuance will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A). The parties further agree that any time associated with such a continuance would be excludable under 18 U.S.C. 3161(h)(7)(A).

For these reasons, Mr. Velandia-Anaya and the Government jointly move this Court for a continuance of the trial date and all associated deadlines.

---

immigration authorities to help facilitate this process. (Doc.#26)

Respectfully submitted,

JOSEPH MEDICI
Federal Public Defender

*s/ Soumyajit Dutta*
Soumyajit Dutta (OH 76762)
*Attorney for Hector Velandia-Anaya*
Federal Public Defender's Office
10 W. Broad St. #1020
Columbus, Ohio 43215
(614) 469-2999
(614) 469-5999 – Fax
Soumyajit_Dutta@fd.org

DOMINICK S. GERACE II
United States Attorney

*s/Emily Czerniejewski*
Emily Czerniejewski (IL 6308829)
Assistant United States Attorney
303 Marconi Blvd #200
Columbus, OH 43215
614-469-5717
Emily_czerniejewski@usadoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Continue Trial was served this January 2, 2026, electronically upon all counsel of record.

                                               /s/Soumyajit Dutta
                                               Soumyajit Dutta (OH 76762)