**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:25-cr-186** |
| **Plaintiff,** | |
| **v.** | **CHIEF JUDGE MORRISON** |
| **HECTOR VELANDIA-ANAYA,** | |
| **Defendant.** | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court granted herein, the Indictment against Defendant Hector Velandia-Anaya (Doc. #16), is hereby dismissed without prejudice.  The United States has concluded that dismissal at this time would best serve the interests of justice because Defendant was removed to Mexico on or about December 29, 2025.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/ *Emily Czerniejewski*
EMILY CZERNIEJEWKI (0096242)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office:  (614) 406-3572
E-mail:  emily.czerniejewski@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss  the Indictment was served this 13th day of March, 2026, electronically upon all counsel of record in this case.

s/ *Emily Czerniejewski*
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney