**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**        :

    **v.**                          **Case No. 2:25-cr-186**
                                   **Chief Judge Sarah D. Morrison**

**HECTOR VELANDIA-ANAYA,**

                           :

        **Defendant.**

### ORDER

This matter is before the court on the Government's Motion to Dismiss the Indictment without prejudice (ECF No. 30) filed on February 13, 2026.  The Court finds the motion well-taken and **GRANTS** the same.  The Indictment (ECF No. 16) filed on November 18, 2026 is hereby **DISMISSED without prejudice.**

    **IT IS SO ORDERED.**

                        /s/ Sarah D. Morrison
                        **SARAH D. MORRISON**
                        **UNITED STATES DISTRICT JUDGE**